

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2016-1
February 22, 2017 SESSION



FEB 2 2 2017

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:17-cr-28

TRACIE M. REED
CHARLEY G. MYERS

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

## I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

From at least February 2016 to on or about September 13, 2016, at or near Hurricane, Putnam County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendants TRACIE M. REED and CHARLEY G. MYERS, together with persons both known and unknown to the Grand Jury, knowingly conspired to commit offenses in violation of 21 U.S.C. § 841(a)(1), that is, knowingly and intentionally to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about August 23, 2016, at or near Hurricane, Putnam County, West Virginia, within the Southern District of West Virginia, defendant TRACIE M. REED knowingly and intentionally distributed 5 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

CAROL A. CASTO
United States Attorney

By: *[signature]*
R. GREGORY McVEY
Assistant United States Attorney